**No. 09-1370. Brian Mark Burmaster, Petitioner v. United States, et al.**

562 U.S. 830, 131 S. Ct. 96, 178 L. Ed. 2d 29, 2010 U.S. LEXIS 6370.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1371. James B. Thompson, Petitioner v. Erik K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 831, 131 S. Ct. 101, 178 L. Ed. 2d 29, 2010 U.S. LEXIS 6457.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 334 Fed. Appx. 325.

**No. 09-1372. Medison America, Inc., Petitioner v. Preferred Medical Systems, LLC, et al.**

562 U.S. 831, 131 S. Ct. 101, 178 L. Ed. 2d 29, 2010 U.S. LEXIS 6364.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 357 Fed. Appx. 656.

**No. 09-1373. Ricky Bell, Warden, Petitioner v. Gregory Thompson.**

562 U.S. 831, 131 S. Ct. 102, 178 L. Ed. 2d 29, 2010 U.S. LEXIS 6464.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 580 F.3d 423.

**No. 09-1374. Melvin Sternberg, et al., Petitioners v. Logan T. Johnston, III.**

562 U.S. 831, 131 S. Ct. 102, 178 L. Ed. 2d 29, 2010 U.S. LEXIS 6502.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 595 F.3d 937.

**No. 09-1375. Wilbanks Securities, Inc., Petitioner v. Donald R. McFarland.**

562 U.S. 831, 131 S. Ct. 102, 178 L. Ed. 2d 29, 2010 U.S. LEXIS 6169.

October 4, 2010. Petition for writ of certiorari to the Court of Civil Appeals of Oklahoma, Second Division, denied.

Same case below, 231 P.3d 714.

**No. 09-1376. Angel Enrique Villeda Aldana, et al., Petitioners v. Fresh Del Monte Produce, Inc., dba Del Monte Fresh Produce Company, et al.**

562 U.S. 831, 131 S. Ct. 102, 178 L. Ed. 2d 29, 2010 U.S. LEXIS 6170.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 578 F.3d 1283.